IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James Phillips, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:09cv64 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Court of Common Pleas, Hamilton County : | |
| Ohio, : | |
| Respondent(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 17, 2010 a Report and Recommendation (Doc. 20).  Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 23).  Magistrate Judge Merz filed a Supplemental Report and Recommendation on April 5, 2010 (Doc. 24) and petitioner filed objections on July 6, 2010 (Doc. 30).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the Amended Petition for Writ of Habeas Corpus is DENIED.  A certificate of appealability should be issued.  This case is hereby TERMINATED from the Court's docket.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court